**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-00523-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Angel Matthew Caballero, | |
| Defendant. | |

Defendant was released on Pretrial Supervision on 5/21/2015. A bench warrant issued for the defendant on 9/8/2016 for failure to appear at defendant's Change of Plea Hearing. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court that defendant wishes to waive his right to a detention hearing.

**IT IS THEREFORE ORDERED** that the defendant's release is revoked and that Defendant be detained pending trial/sentencing as a flight risk.

DATED this 4th day of April, 2016.

_____
Michelle H. Burns
United States Magistrate Judge